Opinion filed May 8, 1928.

Cassels, Potter & Bentley, for appellant; Ralph F. Potter and George C. Bunge, of counsel. Julius S. Neale, for appellee.

Mr. Justice Gridley delivered the opinion of the court.

**J. J. Babka, appellee, v. Menke Komorous Company et al., appellants. Gen. No. 32,272.**

Opinion filed May 8, 1928.

Beckman, Olson & Hough, for appellants. No appearance for appellee.

Mr. Justice Gridley delivered the opinion of the court.

**Oscar Rubin, appellee, v. Jacob Greenman, appellant. Gen. No. 32,281.**

Opinion filed May 8, 1928.

Morris K. Levinson, for appellant. Clark & Clark, for appellee; Russell S. Clark, of counsel.

Mr. Justice Gridley delivered the opinion of the court.

**Northwestern Electric Company, appellant, v. Stuart D. Boynton, appellee. Gen. No. 32,307.**

Opinion filed May 8, 1928.

Litsinger, Healy & Reid, for appellant. Adler, Lederer & Kahn, for appellee.

Mr. Justice Gridley delivered the opinion of the court.

**Ernest Saunders, appellant, v. June E. Osterberg et al., appellees. Gen. No. 32,212.**

Opinion filed May 8, 1928.

Frank A. Ramsay, for appellant. Walter M. Farmer, for appellees.

Mr. Justice Scanlan delivered the opinion of the court.

**Charles Olson and Jennie L. Olson, appellees, v. Edward I. Eastburn, appellant. Gen. No. 32,257.**

Opinion filed May 8, 1928.
A. G. Dicus, for appellant. Anderson & Roche, for appellees; C. Hilding Anderson, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.

**John Kirby, appellee, v. Ben Goldschlag, appellant. Gen. No. 32,275.**

Opinion filed May 8, 1928. Rehearing denied May 21, 1928.

Julian J. Luster, for appellant. Brown, Brown & Brown, for appellee.

Mr. Justice Scanlan delivered the opinion of the court.

**Ignatz Schwartz, appellee, v. Louis Holzman, appellant. Gen. No. 32,287.**

Opinion filed May 8, 1928. Rehearing denied May 21, 1928.

Martin M. Gross, for appellant. Samuels, Lawton & Wittelle, for appellee.

Mr. Justice Scanlan delivered the opinion of the court.

**Frank Blake, by Mathilda Blake, appellee, v. Chicago & West Towns Railway Company, appellant. Gen. No. 32,310.**

Opinion filed May 8, 1928.

Berthold L. Goldberg, for appellant. Earl J. Walker, for appellee.

Mr. Justice Scanlan delivered the opinion of the court.

**John Moloney, appellant, v. Frederick Arnd, appellee. Gen. No. 32,319.**

Opinion filed May 8, 1928. Rehearing denied May 21, 1928.

C. D. Jones, for appellant. Arnd, Gavin, Griffin & Maraz, for appellee; John J. Griffin, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.